VICTOR WOJDAG, as Administrator of the Estate of TILLIE WOJDAG, Deceased, Appellant, *v.* BROOKLYN & QUEENS TRANSIT COR-PORATION, Respondent.

Argued April 16, 1942; decided May 28, 1942.

*Abraham N. Levy* for appellant.

*William C. Chanler, Corporation Counsel* (*Stanley Buchsbaum* and *James Hall Prothero* of counsel), for respondent.

Judgments reversed and a new trial granted on the ground that upon this record there were questions of fact in regard to negli-

gence and contributory negligence for determination by the jury. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J.